UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISON PULITO and JAMES PULITO,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; VAIL CONSULTING, LLC; THOMAS VAIL, M.D.; THOMAS SCHMALZRIED, M.D.,<br><br>Defendants. | Case No. 3:10-CV-04708-JL<br><br>[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 – *IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION* |

This matter having been opened to the Court upon the Stipulation to Stay Proceedings Pending Transfer to MDL No. 2197: *In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* of Plaintiffs Alison Pulito and James Pulito, and Defendants Johnson & Johnson Services, Inc., Johnson & Johnson, DePuy Orthopaedics, Inc., Vail Consulting, LLC, Thomas Vail, M.D., and Thomas Schmalzried, M.D.; the parties having consented to said stipulation as demonstrated by counsels' signatures hereon; the Court finding that a stay is appropriate under the circumstances; and good cause thereby appearing,

It is hereby **ORDERED** that the request for a stay is **GRANTED**. It is further **ORDERED** that all proceedings in the above-captioned proceedings are stayed pending the

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING STAY OF PROCEEDINGS
PENDING TRANSFER TO MDL NO. 2197
SF01/ 720365.1

CASE NO. 3:10-CV-04708-JL

1  Judicial Panel on Multidistrict Litigation's assignment of MDL-2197, *In re DePuy Orthopaedics,*
2  *Inc., ASR Hip Implant Products Liability Litigation*, to a transferee United States District Court
3  and judge and the Judicial Panel on Multidistrict Litigation's decision transferring this action to
4  the MDL. All pending dates and deadlines are hereby **VACATED**.

6  Dated: 12/1/10    _____
7                    HONORABLE JAMES L. [ARSON]

IT IS SO ORDERED
*James Larson*
Judge James Larson

(Seal: United States District Court, Northern District of California)

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING STAY OF PROCEEDINGS
PENDING TRANSFER TO MDL NO. 2197      - 2 -      CASE NO. 3:10-CV-04708-JL
SF01/ 720365.1